IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
BILLINGS, MT
2007 JAN 5  PM 12 50
PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| DAN ARREDONDO, | CV-98-62-BLG-RWA |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF |
| CITY OF BILLINGS, | |
| Defendant. | |

On November 7, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation (Doc # 193). Magistrate Judge Anderson recommends this Court grant Defendant's Renewed Motion for Partial Summary Judgment and that the Clerk enter judgment in favor of Defendant on all claims.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the November 7, 2006 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After a review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

1

Accordingly, **IT IS HEREBY ORDERED,**

Defendant's Renewed Motion for Partial Summary Judgment (Doc # 189) is **GRANTED** and the Clerk shall enter Judgment in favor of Defendant and against Plaintiff on all claims.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 5th day of January 2007.

                                          */s/ Jack D. Shanstrom*
                                  JACK D. SHANSTROM
                                  SENIOR UNITED STATES DISTRICT JUDGE